BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
the UNITED STATES OF AMERICA

FILED
OCT 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

21 Natoma Street, Suite 110, Folsom, CA

CASE NO. 2:09-SW-0055 KJM

ORDER TO UNSEAL SEARCH WARRANT AND RELATED DOCUMENTS

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that all documents in the above-captioned proceeding be and are hereby unsealed.

Dated: 10-17-2012

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge